ROB BONTA
Attorney General of California
ERIC M. KATZ (SBN 204011)
Supervising Deputy Attorney General
DANIEL LUCAS (SBN 235269)
SHARON O'GRADY (SBN 102356)
BENJAMIN LEMPERT (SBN 344239)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6731
 Fax: (916) 731-2128
 E-mail: benjamin.lempert@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HOOD,**<br><br>Plaintiff,<br><br>v.<br><br>**KAREN ROSS, Secretary of Agriculture of the California Department of Food and Agriculture, SEAN A. DURYEE, Commissioner of the California Highway Patrol, RYAN DALLIN, California Highway Patrol officer, PABLO GUERRERO, formerly known as JOHN DOE #1, agent of California Department of Food and Agriculture, DERRICK PETERSON, formerly known as JOHN DOE #2, California Highway Patrol Officer,**<br><br>Defendants. | Case No. 5:24-cv-02275-AH-SHKx<br><br>**ORDER SETTING SCHEDULE IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT [65]**<br><br>Date: July 30, 2025<br>Time: 1:30 pm<br>Courtroom: 7D<br>Judge: The Honorable Anne Hwang<br>Trial Date: None Set<br>Action Filed: 10/28/2024 |

# ORDER

Upon consideration of the parties' "Joint Stipulation to Set Schedule in Connection with Defendants' Motion to Dismiss the Second Amended Complaint," and good cause appearing thereof, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall have until June 20, 2025 (22 days) to file any opposition to Defendants' Motion to Dismiss the Second Amended Complaint and Defendants' Request for Judicial Notice.

2. Defendants shall have until July 3, 2025 (13 days) to reply to any opposition(s) that Plaintiffs file under paragraph (1).

3. The obligation to engage in a pretrial conference pursuant to Fed. R. Civ. P. 26(f) is stayed until the resolution of Defendants' Motion to Dismiss the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: MAY 30, 2025

_____
The Honorable Anne Hwang
UNITED STATES DISTRICT JUDGE

LA2024605291
67675441.docx